```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:09-cv-03565-JAM-KJM
                                 )
12          Plaintiff,           )  STIPULATION FOR EXTENSION
                                 )  OF TIME TO FILE JOINT STATUS
13     v.                        )  REPORT AND ORDER
                                 )
14  APPROXIMATELY $19,160.00 IN  )
    U.S. CURRENCY,               )
15                               )  DATE:      N/A
            Defendant.           )  TIME:      N/A
16                               )  COURTROOM: N/A
    _____)
17
```

18      Pursuant to Local Rule 144(a) of the Local Rules for the
19 United States District Court, Eastern District of California,
20 plaintiff United States of America ("Plaintiff") and claimant
21 Eric Ledezma ("Claimant"), by and through their respective
22 counsel, hereby request that the joint status report currently
23 due on February 24, 2010, be continued for approximately 35 days,
24 or effectively be due on **March 31, 2009.**

25      Plaintiff and Claimant make this request for the following
26 reasons: Plaintiff and Claimant are in the process of
27 determining a resolution to this dispute. Under the
28 circumstances, counsel for both Plaintiff and Claimant agree that

they are not in a position to contribute meaningfully either to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report as required by the Court's Order on December 24, 2009.

As soon as the need has become apparent, Plaintiff and Claimants without delay, hereby make their request pursuant to Local Rule 144(d). See L. R. 144(d).

As further required pursuant to Local Rule 144(b), the Plaintiff and Claimants hereby represent that no prior extension of time has previously been sought in regard to the filing of the joint status report. See L. R. 144(b).

Dated: February 23, 2010     BENJAMIN B. WAGNER
United States Attorney

/s/ Saralyn M. Ang-Olson
Saralyn M. Ang-Olson
Special Assistant U.S. Attorney

Dated: February 23, 2009     MACKENZIE LAND LAW

/s/ Robert W. MacKenzie
ROBERT W. MACKENZIE
Attorney for Eric Ledezma

(Attorney sig. retained on file)

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before March 31, 2010.

**IT IS SO ORDERED.**

Dated: February 23, 2010 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge