BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CV-03565-JAM-KJM |
| ) Plaintiff, ) | FINAL JUDGMENT OF FORFEITURE |
| ) v. ) | |
| APPROXIMATELY $19,160.00 IN ) U.S. CURRENCY, ) | |
| ) Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

1. This is a civil forfeiture action against Approximately $19,160.00 in U.S. Currency ("defendant currency").

2. A Verified Complaint for Forfeiture In Rem ("Verified Complaint") was filed on December 23, 2009, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On or about December 24, 2009, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on January 5, 2010.

4. On or about December 24, 2009, the United States sent

copies of the Verified Complaint, application and order for publication, order regarding clerk's issuance of warrant for arrest, warrant for arrest, order requiring joint status report, order re page limits, and court notices to Eric Ledezma, by first-class U.S. mail and by certified U.S. mail number 7008 1140 0001 8038 5787.  On or about December 24, 2009, the United States sent the above-listed documents to Eric Ledezma, through his attorney, Robert W. MacKenzie, by certified U.S. mail number 7008 1140 0001 8038 5770.  In addition, on January 15, 2010, the U.S. Marshals Service personally served copies of the above-listed documents on Eric Ledezma at the Butte County Jail.

    5.  On January 28, 2010, Eric Ledezma filed a Verified Claim and Statement of Interest.  On February 17, 2010, Eric Ledezma filed a Verified Answer to Complaint for Forfeiture *In Rem*.

    6.  Beginning on January 23, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on February 25, 2010.

    7.  No other parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

    Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

    1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.  That judgment is hereby entered against claimant Eric

Ledezma and all other potential claimants who have not filed claims in this action.

 3. All right, title and interest of Eric Ledezma in the defendant currency shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6).

 4. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

 5. Claimant Eric Ledezma waived any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

 6. All parties are to bear their own costs and attorneys' fees.

 7. The Court shall maintain jurisdiction to enforce the terms of the Final Judgment of Forfeiture.

 SO ORDERED THIS 5th day of April, 2010.


                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Judge